FILED
9/30/2024 10:04 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: KayLynn Lopez
Bexar County - 150th District Court

## CAUSE NO. 2024CI17997

| | | |
|---|---|---|
| **PHENIX DE TEJAS, INC.** § | | **IN THE DISTRICT COURT** |
| § | | |
| *Plaintiff* § | | |
| § | | |
| **v.** § | | **150ᵀᴴ JUDICIAL DISTRICT** |
| § | | |
| **SENTINEL INSURANCE COMPANY,** § | | |
| **LTD., JOSHUA CAVAZOS AND MARK** § | | |
| **MILLER** § | | |
| *Defendants* § | | **BEXAR COUNTY, TEXAS** |

### SENTINEL INSURANCE COMPANY, LTD., JOSHUA CAVAZOS, AND MARK MILLER'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Sentinel Insurance Company, LTD. ("Sentinel"), Joshua Cavazos, and Mark Miller, (collectively "Defendants") files their Original Answer to Plaintiff's Original Petition. In support thereof, Defendants show as follows:

#### GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Defendants generally deny any and all allegations contained in Plaintiff's Original Petition, or any subsequent Petitions, and demands strict proof thereof as required under the laws and constitution of the State of Texas.

#### CONCLUSION

Sentinel Insurance Company, LTD., Joshua Cavazos, and Mark Miller request that Plaintiff take nothing by its suit, that they be awarded their taxable costs of court, and that the Court grant such other relief to which it is justly entitled.

**EXHIBIT 5**

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: */s/ Christine Kirchner*
    Christine Kirchner
    State Bar No. 00784403
    c.kirchner@chamberlainlaw.com
    Chris M. Lemons
    State Bar No. 24094799
    Chris.lemons@chamberlainlaw.com
    Mary "Katy" Andrade
    State Bar No. 24118606
    Katy.andrade@chamlerlainlaw.com
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 658-1818
    Facsimile: (713) 658-2553

ATTORNEYS FOR DEFENDANTS
SENTINEL INSURANCE COMPANY, LTD.,
JOSHUA CAVAZOS, AND MARK MILLER

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via facsimile, hand delivery, electronic mail, and/or certified mail on September 30, 2024.

                        */s/ Christine Kirchner*
                        Christine Kirchner

**EXHIBIT 5**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pennie Proctor on behalf of Christine Kirchner
Bar No. 00784403
pennie.proctor@chamberlainlaw.com
Envelope ID: 92584186
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: Sentinel Insurance Company, Ltd Joshua Cavazos, and Mark Miller
Status as of 10/2/2024 8:28 AM CST

Associated Case Party: Phenix de Tejas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Ayers | | jayers@ayersfirm.com | 9/30/2024 10:04:08 AM | SENT |

Associated Case Party: Sentinel Insurance Company, Ltd.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christine Kirchner | | c.kirchner@chamberlainlaw.com | 9/30/2024 10:04:08 AM | SENT |
| Chris Lemons | | chris.lemons@chamberlainlaw.com | 9/30/2024 10:04:08 AM | SENT |

**EXHIBIT 5**